**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

**In re:**

**JGK, LLC,**                                        **Case No. 17-20104-AJK**
                                                              **Chapter 7**

           **Debtor.**
_____/

## CORPORATE OWNERSHIP STATEMENT

COMES NOW the Debtor, by and through his undersigned counsel and, in accordance with

F.R.B.P. 1007(a)(1), and 7007.1,  hereby files its Corporate Ownership Statement and discloses that

there are no entities to report under F.R.B.P. 7007.1(a).

DAVID MARSHALL BROWN, P.A.
413 S.W. 5th Street
Fort Lauderdale, Florida 33315
(954) 770-3729
DavidBrownfll@gmail.com


By:   /s/   David Marshall Brown, Esq.
      David Marshall Brown, Esq.
      Florida Bar No. 0995649