IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

**In re:**

**JGK, LLC,**                                                          **Case No. 17-20104-AJK**
                                                                                                        **Chapter 7**

      **Debtor.**

_____/

MOTION TO REDUCE PREJUDICE PERIOD AND REINSTATE CASE

COMES NOW the Debtor, by and through undersigned counsel, and moves to reinstate case, and for cause alleges:

1. This case was filed on an emergency basis on August 9, 2017 in order to stop a pending foreclosure sale;

2. On August 10, 2017, a Notice of Incomplete filings was generated by the Clerk's Office;

3. Through inadvertence, combined with illness of your undersigned, a solo practitioner, the deadlines were not calendared and therefore missed;

4. The Corporate Ownership Statement, indicating no affiliated corporations has been filed;

5. Full Schedules have been filed;

6. No party in interest will be prejudiced by a reduction of the prejudice period and reinstatement of this case as the Meeting of Creditors is scheduled for September 14, 2017.

WHEREFORE, undersigned counsel respectfully requests the entry of an Order Reducing the Prejudice Period and Reinstating this Case, and for whatever further relief this Honorable Court deems just and proper.

Respectfully submitted this 30th day of August, 2017.

                                      DAVID MARSHALL BROWN, P.A.
                                      413 S.W. 5th Street
                                      Fort Lauderdale, Florida 33315
                                      (954) 770-3729
                                      DavidBrownFLL@gmail.com

                             By: /s/ David Marshall Brown
                                      David Marshall Brown, Esq.
                                      Florida Bar No. 0995649